**STEVEN J. ROTHANS – State Bar No. 106579**
**DAVID G. TORRES-SIEGRIST – State Bar No. 220187**
**CARPENTER, ROTHANS & DUMONT**
888 S. Figueroa Street, Suite 1960
Los Angeles, CA  90017
(213) 228-0400
(213) 228-0401 [Fax]
srothans@crdlaw.com/dsiegrist@crdlaw.com

JS-6

Attorneys for Defendants CITY OF POMONA, a public entity and CHIEF DAVID S. KEETLE and OFFICER CHRISTOPHER LEWIS, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MASON-EALY, an Individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF POMONA, et al.,<br><br>    Defendants. | Case No.: CV-12-00358 R(AGRx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br><br><br><br><br><br><br><br><br>**HONORABLE MANUEL L. REAL**<br>**U.S. DISTRICT COURT JUDGE** |

-1-
[PROPOSED] ORDER RE: MOTION TO DISMISS FIRST AMENDED COMPLAINT

1     Following a review of the pleadings, the records on file and consideration of
2 argument from counsel:
3     **IT IS HERBY ORDERED** that defendants' motion to dismiss is granted,
4 for reasons as stated on the record, with prejudice, as to all the federal causes of
5 action contained in defendants' First Amended Complaint.
6     **IT IS HEREBY FURTHER ORDERED** that the Court declines to
7 maintain jurisdiction of the remaining state claims of action, which shall therefore
8 be remanded to state court.
9     **IT IS HEREBY FURTHER ORDERED** that Defendants' motion to strike
10 is thereby rendered moot.
11
12
13 DATED: April 25, 2012     _____
14     **HONORABLE MANUEL L. REAL**
    **U.S. DISTRICT COURT JUDGE**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

[PROPOSED] ORDER RE: MOTION TO DISMISS FIRST AMENDED COMPLAINT